## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Yadzaira  Perez                                    CHAPTER 13

                              Debtor(s)                   BKY. NO. 20-10853 MDC


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PNC BANK NATIONAL  ASSOCIATION
and index same on the master mailing list.


                                        Respectfully submitted,
                                        **/s/ Rebecca A. Solarz Esquire**
                                        Rebecca A Solarz, Esquire
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322