**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| YADZAIRA PEREZ | : | CHAPTER 13 |
|  | : |  |
| Debtor | : |  |
|  | : | No. 20-10853 MDC |

**ORDER**

AND NOW, this  27th  day of February 2020, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including March 11, 2020, within which to file all required documents.

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Yadzaira Perez
4948 Bingham Street
Philadelphia, PA 19120