United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yadzaira Perez  
    Debtor

Case No. 20-10853-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 12, 2020  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.  
db    +Yadzaira Perez,    4948 Bingham Street,    Philadelphia, PA 19120-4320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:  
    MICHELE PEREZ CAPILATO    on behalf of Debtor Yadzaira  Perez perezcapilatolaw@yahoo.com,  
     michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
    REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION  
     bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YADZAIRA PEREZ | : CHAPTER 13 |
| Debtor | : |
| | : No. 20-10853 mdc |

## ORDER

AND NOW, this 11th day of March, the Court having considered the Debtor's Second Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including **March 24, 2020**, within which to file all required documents.

Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Yadzaira Perez
4948 Bingham Street
Philadelphia PA 19120