```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 20-10853-mdc
Yadzaira Perez                                                 Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2         User: Keith              Page 1 of 2         Date Rcvd: Apr 15, 2020
                             Form ID: 309I            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db             +Yadzaira Perez,    4948 Bingham Street,    Philadelphia, PA 19120-4320
14466463       +Ashwini Rojiwadia,    3220 Tillman Drive,    Suite 215,    Bensalem, PA 19020-2028
14466431       +Department of Motor Vehicles,    POB 37135,    Washington, DC 20013-7135
14466470        Discover Bank,    CL REC 2500,   Lake Park Blvd,    West Valley City, UT 84120
14466434       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14482329       +Michele Perez Capilato, Esquire,    Law Offices of Michele Perez Capilato,
                 500 Office Center Drive, Suite 400,    Fort Washington PA 19034-3234
14494031       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14466435       +Penn State,    308 Shields Bldg,   University Park, PA 16802-1220
14466437        PennDot,    Financial Responsibility Section,    POB 68674,    Harrisburg, PA 17106-8674
14466436       +PennDot,    ATTN: FR Unit,    1101 S Front Street,    Harrisburg, PA 17104-2516
14466438       +Pnc Mortgage,    Attn: Bankruptcy,    Po Box 8819,    Dayton, OH 45401-8819
14466439       +Scweiger Dermatology,    822 Pine Street,    Suite 2A,    Philadelphia, PA 19107-6187
14466440       +St. Christopher's Hospital,    160 E. Erie Avenue,    Philadelphia, PA 19134-1011
14466442       +Temple University Hospital,    3401 N. Broad Street,    Philadelphia, PA 19140-5189
14466481       +Wilfredo Montalvo,    Miriam Montalvo,    2958 North Mascher Street,
                 Philadelphia, PA 19133-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: perezcapilatolaw@yahoo.com Apr 16 2020 04:08:43     MICHELE PEREZ CAPILATO,
                 Law Office of Michele Perez Capilato,    500 Office Center Drive,    Suite 400,
                 Fort Washington, PA  19034
tr             +E-mail/Text: bncnotice@ph13trustee.com Apr 16 2020 04:09:22     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Apr 16 2020 04:09:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 16 2020 04:08:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 16 2020 04:09:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 16 2020 04:09:04     United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,   Suite 502,    Philadelphia, PA 19106-2908
14466426       +E-mail/Text: banko@acsnv.com Apr 16 2020 04:09:10     Allied Collection Services,
                 Attn: Bankruptcy,    3080 South Durango Drive Suite 208,    Las Vegas, NV 89117-9194
14466427       +EDI: CAPITALONE.COM Apr 16 2020 08:03:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14473041       +EDI: AIS.COM Apr 16 2020 08:03:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14466429       +EDI: CITICORP.COM Apr 16 2020 08:03:00     Citibank/The Home Depot,
                 Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,    St Louis, MO 63179-0034
14466430       +EDI: WFNNB.COM Apr 16 2020 08:03:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Pob 182125,    Columbus, OH 43218-2125
14466432       +EDI: TSYS2.COM Apr 16 2020 08:03:00     Deptartment Store National Bank/Macy's,
                 Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
14466433       +EDI: DISCOVERPL Apr 16 2020 08:03:00     Discover Personal Loans,    Attn: Bankruptcy,
                 Po Box 30954,    Salt Lake City, UT 84130-0954
14470968       +EDI: DISCOVERPL Apr 16 2020 08:03:00     Discover Personal Loans,    PO Box 30954,
                 Salt Lake City, UT 84130-0954
14466428        EDI: JPMORGANCHASE Apr 16 2020 08:03:00     Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
14493951       +E-mail/Text: bncmail@w-legal.com Apr 16 2020 04:09:07     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14466441       +EDI: RMSC.COM Apr 16 2020 08:03:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM C. MILLER, Esq.,    Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
14466462*      +Allied Collection Services,    Attn: Bankruptcy,    3080 South Durango Drive Suite 208,
                 Las Vegas, NV 89117-9194
14466464*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14466466*      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
14466467*      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Pob 182125,    Columbus, OH 43218-2125
14466468*      +Department of Motor Vehicles,    POB 37135,    Washington, DC 20013-7135
14466469*      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
14466471*      +Discover Personal Loans,    Attn: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
14466472*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
```

```
District/off: 0313-2              User: Keith                 Page 2 of 2                  Date Rcvd: Apr 15, 2020
                                  Form ID: 309I               Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
14466465*        ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                   Wilmington, DE 19850)
14466473*        +Penn State,    308 Shields Bldg,    University Park, PA 16802-1220
14466475*         PennDot,    Financial Responsibility Section,    POB 68674,    Harrisburg, PA 17106-8674
14466474*        +PennDot,    ATTN: FR Unit,    1101 S Front Street,    Harrisburg, PA 17104-2516
14466476*        +Pnc Mortgage,    Attn: Bankruptcy,    Po Box 8819,    Dayton, OH 45401-8819
14466477*        +Scweiger Dermatology,    822 Pine Street,    Suite 2A,    Philadelphia, PA 19107-6187
14466478*        +St. Christopher's Hospital,    160 E. Erie Avenue,    Philadelphia, PA 19134-1011
14466479*        +Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14466480*        +Temple University Hospital,    3401 N. Broad Street,    Philadelphia, PA 19140-5189
                                                                                               TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              MICHELE PEREZ CAPILATO    on behalf of Debtor Yadzaira  Perez perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Yadzaira Perez** | Social Security number or ITIN | **xxx–xx–1401** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter 13 | **2/12/20** |
| Case number: | **20–10853–mdc** | | |

## Official Form 309I
### Notice of Chapter 13 Bankruptcy Case                                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Yadzaira Perez | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4948 Bingham Street<br>Philadelphia, PA 19120 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHELE PEREZ CAPILATO<br>Law Office of Michele Perez Capilato<br>500 Office Center Drive<br>Suite 400<br>Fort Washington, PA 19034 | Contact phone (267) 513–1777<br>Email: perezcapilatolaw@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/15/20 |

**For more information, see page 2**

Debtor **Yadzaira Perez** Case number **20–10853–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/19/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/22/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/10/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $150.00 per month for 36 months. The plan is enclosed.<br>The hearing on confirmation will be held on:<br>**6/18/20 at 09:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |