UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT Of PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| YADZAIRA PEREZ | : | |
| Debtor | : | No. 20-10853 MDC |

**PRAECIPE TO WITHDRAW**
**DOCKET # 13 and DOCKET # 14**

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, Yadzaira Perez, the above-captioned Debtor, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully requests that the Application for Compensation (Motion for Approval of Counsel Fees), Docket No. 13 and Docket No. 14, filed in error, be WITHDRAWN.

Dated: April 21, 2020

/s/ Michele Perez Capilato

Michele Perez Capilato, Esquire
I.D. No. 90438
500 Office Center Drive Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1 (866) 535-8160
michelecapilatolaw@gmail.com
Attorney for Debtor