```
Allied Collection Services
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

Ashwini Rojiwadia
Zwicker & Associates, P.C.
3220 Tillman Drive
Suite 215
Bensalem, PA 19020

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Pob 182125
Columbus, OH 43218

Department of Motor Vehicles
POB 37135
Washington, DC 20013

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Bank
CL REC 2500
Lake Park Blvd
West Valley City, UT 84120
```

```
Discover Personal Loans
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

Penn State
308 Shields Bldg
University Park, PA 16802

PennDot
ATTN: FR Unit
1101 S Front Street
Harrisburg, PA 17104

PennDot
Financial Responsibility Section
POB 68674
Harrisburg, PA 17106-8674

Pnc Mortgage
Attn: Bankruptcy
PO Box 8819
Dayton, OH 45401

Pnc Bank, N.A.
3232 Newmark Dr.
Miamisburg, OH 452342

Professional Account Management, LLC
633 W Wisconsin Ave
Suite 1600
Milwaukee, WI 53203

Reliant Capital
670 Cross Pointe Road
Columbus, OH 43230

Scweiger Dermatology
822 Pine Street
Suite 2A
Philadelphia, PA 19107
```

St. Christopher's Hospital
160 E. Erie Avenue
Philadelphia, PA 19134

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Temple University Hospital
3401 N. Broad Street
Philadelphia, PA 19140

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Capital One Bank, (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Wienstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

Wilfredo Montalvo
Miriam Montalvo
2958 North Mascher Street
Philadelphia, PA 19133