# people2.0

**PEOPLE 2.0 EARNINGS STATEMENT**
Division: Recruiter Services

## Check Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | Perez, Yadzaira | Check Number: | 509267830 | Gross Amount: | $585.82 |
| Emp ID: | 1621191 | Check Date: | 01/30/2020 | Total Taxes: | $133.63 |
| Address: | | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | | YTD Gross: | $2,791.26 | Net Amount: | $452.19 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 01/20-01/26 | Riverway Business Services | NRG Energy | Reg | 34.00 | $17.23 | $585.82 |
| | 01/20: 8.50  01/21: 8.50  01/23: 8.50  01/24: 8.50 | | | | | |
| | | | | 34.00 | | $585.82 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $47.81 | $222.49 |
| FICA EE | $36.32 | $173.05 |
| MED EE | $8.49 | $40.46 |
| PENNSYLVANIA WH | $17.98 | $85.70 |
| PENNSYLVANIA SUI EE | $0.35 | $1.67 |
| PHILADELPHIA | $22.68 | $108.05 |
| TOTALS | $133.63 | $631.42 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| TOTALS | $0.00 | $0.00 |

## Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| PNC Bank | Ending in 9285 | $452.19 |
| | | $452.19 |

## Accruals

| Plan Name | Accrued This Check | Used This Check | Balance | Used YTD |
|---|---|---|---|---|
| Statutory Sick Ordinance | 0.85 | 0.00 | (*) 7.05 | 0.00 |

(*)Your balance available for use this year [2020] is: 7.05 hour(s), contingent on current assignment location & applicable waiting period.

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Head of Household | 0 | 0 | $0.00 |

Printed at 02/14/2020 02:05P ET / www.people20.net

# people2.0

**PEOPLE 2.0 EARNINGS STATEMENT**
Division: Recruiter Services

## Check Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | Perez, Yadzaira | Check Number: | 509266704 | Gross Amount: | $689.20 |
| Emp ID: | 1621191 | Check Date: | 01/24/2020 | Total Taxes: | $161.18 |
| Address: | | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | | YTD Gross: | $2,205.44 | Net Amount: | $528.02 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 01/13-01/19 | Riverway Business Services | NRG Energy | Reg | 40.00 | $ 17.23 | $ 689.20 |
| | 01/13: 8.00  01/14: 8.00  01/15: 8.00  01/16: 8.00  01/17: 8.00 | | | | | |
| | | | | 40.00 | | $ 689.20 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $ 60.21 | $ 174.68 |
| FICA EE | $ 42.73 | $ 136.73 |
| MED EE | $ 9.99 | $ 31.97 |
| PENNSYLVANIA WH | $ 21.16 | $ 67.72 |
| PENNSYLVANIA SUI EE | $ 0.41 | $ 1.32 |
| PHILADELPHIA | $ 26.68 | $ 85.37 |
| TOTALS | $ 161.18 | $ 497.79 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| TOTALS | $ 0.00 | $ 0.00 |

## Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| PNC Bank | Ending in 9285 | $ 528.02 |
| | | $ 528.02 |

## Accruals

| Plan Name | Accrued This Check | Used This Check | Balance | Used YTD |
|---|---|---|---|---|
| Statutory Sick Ordinance | 1.00 | 0.00 | (*) 6.20 | 0.00 |

(*)Your balance available for use this year [2020] is: 6.20 hour(s), contingent on current assignment location & applicable waiting period.

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Head of Household | 0 | 0 | $ 0.00 |

Printed at 02/14/2020 02:07P ET / www.people20.net

# people2.0

## PEOPLE 2.0 EARNINGS STATEMENT
Division: Recruiter Services

## Check Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | Perez, Yadzaira | Check Number: | 509265320 | Gross Amount: | $551.36 |
| Emp ID: | 1621191 | Check Date: | 01/16/2020 | Total Taxes: | $124.44 |
| Address: | | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | | YTD Gross: | $1,516.24 | Net Amount: | $426.92 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 01/06-01/12 | Riverway Business Services | NRG Energy | Reg | 32.00 | $17.23 | $551.36 |
| | 01/06: 8.00  01/07: 8.00  01/08: 8.00  01/09: 8.00 | | | | | |
| | | | | 32.00 | | $551.36 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $43.67 | $114.47 |
| FICA EE | $34.18 | $94.00 |
| MED EE | $7.99 | $21.98 |
| PENNSYLVANIA WH | $16.93 | $46.56 |
| PENNSYLVANIA SUI EE | $0.33 | $0.91 |
| PHILADELPHIA | $21.34 | $58.69 |
| TOTALS | $124.44 | $336.61 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| TOTALS | $0.00 | $0.00 |

## Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| PNC Bank | Ending in 9285 | $426.92 |
| | | $426.92 |

## Accruals

| Plan Name | Accrued This Check | Used This Check | Balance | Used YTD |
|---|---|---|---|---|
| Statutory Sick Ordinance | 0.80 | 0.00 | (*) 5.20 | 0.00 |

(*)Your balance available for use this year [2020] is: 5.20 hour(s), contingent on current assignment location & applicable waiting period.

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Head of Household | 0 | 0 | $0.00 |

Printed at 02/14/2020 02:08P ET / www.people20.net

# people2.0

**PEOPLE 2.0 EARNINGS STATEMENT**

Division: Recruiter Services

## Check Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | Perez, Yadzaira | Check Number: | 509264167 | Gross Amount: | $551.36 |
| Emp ID: | 1621191 | Check Date: | 01/10/2020 | Total Taxes: | $124.44 |
| Address: | | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | | YTD Gross: | $964.88 | Net Amount: | $426.92 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 12/30-01/05 | Riverway Business Services | NRG Energy | Reg | 32.00 | $17.23 | $551.36 |
| | 12/30: 8.00  12/31: 8.00  01/02: 8.00  01/03: 8.00 | | | | | |
| | | | | 32.00 | | $551.36 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $43.67 | $70.80 |
| FICA EE | $34.18 | $59.82 |
| MED EE | $7.99 | $13.99 |
| PENNSYLVANIA WH | $16.93 | $29.63 |
| PENNSYLVANIA SUI EE | $0.33 | $0.58 |
| PHILADELPHIA | $21.34 | $37.35 |
| TOTALS | $124.44 | $212.17 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| TOTALS | $0.00 | $0.00 |

## Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| PNC Bank | Ending in 9285 | $426.92 |
| | | $426.92 |

## Accruals

| Plan Name | Accrued This Check | Used This Check | Balance | Used YTD |
|---|---|---|---|---|
| Statutory Sick Ordinance | 0.80 | 0.00 | (*) 4.40 | 0.00 |

(*)Your balance available for use this year [2020] is: 4.40 hour(s), contingent on current assignment location & applicable waiting period.

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Head of Household | 0 | 0 | $0.00 |

Printed at 02/14/2020 02:09P ET / www.people20.net

# people2.0

**PEOPLE 2.0 EARNINGS STATEMENT**
Division: Recruiter Services

## Check Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | Perez, Yadzaira | Check Number: | 509262863 | Gross Amount: | $413.52 |
| Emp ID: | 1621191 | Check Date: | 01/03/2020 | Total Taxes: | $87.73 |
| Address: | | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | | YTD Gross: | $413.52 | Net Amount: | $325.79 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 12/23-12/29 | Riverway Business Services | NRG Energy | Reg | 24.00 | $ 17.23 | $ 413.52 |
| | 12/23: 8.00  12/26: 8.00  12/27: 8.00 | | | | | |
| | | | | 24.00 | | $ 413.52 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $ 27.13 | $ 27.13 |
| FICA EE | $ 25.64 | $ 25.64 |
| MED EE | $ 6.00 | $ 6.00 |
| PENNSYLVANIA WH | $ 12.70 | $ 12.70 |
| PENNSYLVANIA SUI EE | $ 0.25 | $ 0.25 |
| PHILADELPHIA | $ 16.01 | $ 16.01 |
| TOTALS | $ 87.73 | $ 87.73 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| TOTALS | $ 0.00 | $ 0.00 |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| PNC Bank | Ending in 9285 | $ 325.79 |
| | | $ 325.79 |

## Accruals

| Plan Name | Accrued This Check | Used This Check | Balance | Used YTD |
|---|---|---|---|---|
| Statutory Sick Ordinance | 0.60 | 0.00 | (*) 3.60 | 0.00 |

(*)Your balance available for use this year [2020] is: 3.60 hour(s), contingent on current assignment location & applicable waiting period.

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Head of Household | 0 | 0 | $ 0.00 |

Printed at 02/14/2020 02:09P ET / www.people20.net

## BENEFIT PAYMENT HISTORY

- Claimant Name: YADZAIRA PEREZ
- Social Security Number: 1
- AB Date: 07/14/2019
- Program Type: UC

| Week Ending Date | Payment Number | Status | Amount Paid | Method of Payment | Payment Issue Date |
|---|---|---|---|---|---|
| 01/04/2020 | 02104153 | Paid | $272.00 | Direct Deposit | 01/16/2020 |
| 01/04/2020 | | Benefit Reduction | $8.00 | | |
| 01/04/2020 | 09999991 | Federal Withholding | $51.00 | | |
| 12/28/2019 | 01969131 | Paid | $298.00 | Direct Deposit | 01/08/2020 |
| 12/28/2019 | | Benefit Reduction | $9.00 | | |
| 12/28/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 12/07/2019 | 01621482 | Paid | $443.00 | Direct Deposit | 12/17/2019 |
| 12/07/2019 | | Benefit Reduction | $13.00 | | |
| 12/07/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 11/30/2019 | 01400093 | Paid | $443.00 | Direct Deposit | 12/03/2019 |
| 11/30/2019 | | Benefit Reduction | $13.00 | | |
| 11/30/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 11/23/2019 | 01400093 | Paid | $443.00 | Direct Deposit | 12/03/2019 |
| 11/23/2019 | | Benefit Reduction | $13.00 | | |
| 11/23/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 11/16/2019 | 01236379 | Paid | $443.00 | Direct Deposit | 11/19/2019 |
| 11/16/2019 | | Benefit Reduction | $13.00 | | |
| 11/16/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 11/09/2019 | 01236379 | Paid | $443.00 | Direct Deposit | 11/19/2019 |
| 11/09/2019 | | Benefit Reduction | $13.00 | | |
| 11/09/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 11/02/2019 | 01112740 | Paid | $443.00 | Direct Deposit | 11/05/2019 |
| 11/02/2019 | | Benefit Reduction | $13.00 | | |
| 11/02/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 10/26/2019 | 01112740 | Paid | $443.00 | Direct Deposit | 11/05/2019 |
| 10/26/2019 | | Benefit Reduction | $13.00 | | |
| 10/26/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 10/19/2019 | 00945001 | Paid | $443.00 | Direct Deposit | 10/22/2019 |
| 10/19/2019 | | Benefit Reduction | $13.00 | | |
| 10/19/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 10/12/2019 | 00945001 | Paid | $443.00 | Direct Deposit | 10/22/2019 |
| 10/12/2019 | | Benefit Reduction | $13.00 | | |
| 10/12/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 10/05/2019 | 00805013 | Paid | $443.00 | Direct Deposit | 10/08/2019 |
| 10/05/2019 | | Benefit Reduction | $13.00 | | |
| 10/05/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 09/28/2019 | 00805013 | Paid | $443.00 | Direct Deposit | 10/08/2019 |
| 09/28/2019 | | Benefit Reduction | $13.00 | | |
| 09/28/2019 | 09999991 | Federal Withholding | $51.00 | | |
| 09/21/2019 | 00663632 | Paid | $443.00 | Direct Deposit | 09/24/2019 |
| 09/21/2019 | | Benefit Reduction | $13.00 | | |

*aug 2019*