# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-10853-MDC

YADZAIRA PEREZ

4948 BINGHAM STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

YADZAIRA PEREZ

4948 BINGHAM STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

Date: 6/24/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee