UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YADZAIRA PEREZ | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor | : | No. 20-10853 mdc |

# CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the foregoing Amended Plan **sent via First Class mail or electronic notification** to the following parties:

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ms. Yadzaira Perez
4948 Bingham Street
Philadelphia PA 19120

Discover Personal Loans
POB 30954
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St., Suite 5000
Philadelphia PA 19106

Allied Collection Services
Attn: Bankruptcy
3080 South Durango Drive, Suite 208
Las Vegas, NV 89117

Ashwini Rojiwadia
Zwicker & Associates, P.C.
3220 Tillman Drive, Suite 215
Bensalem, PA 19020

Chase Card Services
Attn: Bankruptcy
POB 15298
Wilmington, DE 19850

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk Dept
POB 790034
St Louis, MO 63179

Comenity Bank/Victoria Secret
Attn: Bankruptcy
POB 182125
Columbus, OH 43218

Department of Motor Vehicles
POB 37135
Washington, DC 20013

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Blvd.
Mason, OH 45040

Discover Bank
CL REC 2500
Lake Park Blvd
West Valley City, UT 84120

FedLoan Servicing
Attn: Bankruptcy
POB 69184
Harrisburg PA 17106

Penn State
308 Shields Bldg.
University Park, PA 16802

PennDot
Attn: FR Unit
1101 S Front Street
Harrisburg PA 17104

PennDot
Financial Responsibility Section
POB 68674
Harrisburg PA 17106-8674

PNC Mortgage
Attn: Bankruptcy
POB 8819
Dayton, OH 45401

Scweiger Dermatology
822 Pine Street, Suite 2A
Philadelphia PA 19107

St. Christopher's Hospital
160 E. Erie Avenue
Philadelphia PA 19134

Synchrony Bank
Attn: Bankruptcy
POB 965060
Orlando FL 32896

Temple University Hospital
3401 N. Broad Street
Philadelphia PA 19140

Wilfredo Montalvo
Miriam Montalvo
2958 North Mascher Street
Philadelphia PA 19133

Synchrony Bank
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, PA 45342

Professional Account Management, LLC
633 W. Wisconsin Ave.
Suite 1600
Milwaukee, WI 53203

Reliant Capital Solutions, Inc.
670 Cross Pointe Rd.
Gahanna, OH 43230

Water Revenue Bureau
c/o City of Phila Law Dept
Tax & Revenue Unit, Bankruptcy Group, MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595

Dated: August 26, 2020

/s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
Identification No. 90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
michelecapilatolaw@gmail.com
Attorney for Debtor