# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-10853-MDC

YADZAIRA PEREZ

4948 BINGHAM STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  YADZAIRA PEREZ

  4948 BINGHAM STREET

  PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

  MICHELE PEREZ CAPILATO
  500 OFFICE CENTER DR
  SUITE 400
  FORT WASHINGTON, PA 19034

Date: 2/12/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee