**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                 Chapter 13
YADZAIRA PEREZ

                                      Debtor                       **Bankruptcy No.** 20-10853-MDC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 15, 2021

                                                  Magdeline D. Coleman
                                                  Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

Debtor:
YADZAIRA PEREZ

4948 BINGHAM STREET

PHILADELPHIA, PA 19120-