United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Yadzaira Perez

    Debtor

Case No. 20-10853-mdc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin         Page 1 of 3

Date Rcvd: Apr 16, 2021         Form ID: pdf900         Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yadzaira Perez, 4948 Bingham Street, Philadelphia, PA 19120-4320 |
| 14466463 | + | Ashwini Rojiwadia, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14466431 | + | Department of Motor Vehicles, POB 37135, Washington, DC 20013-7135 |
| 14466470 | | Discover Bank, CL REC 2500, Lake Park Blvd, West Valley City, UT 84120 |
| 14466434 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14482329 | + | Michele Perez Capilato, Esquire, Law Offices of Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington PA 19034-3234 |
| 14472177 | + | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14472962 | + | PNC Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14466435 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 14466437 | | PennDot, Financial Responsibility Section, POB 68674, Harrisburg, PA 17106-8674 |
| 14466436 | + | PennDot, ATTN: FR Unit, 1101 S Front Street, Harrisburg, PA 17104-2516 |
| 14497622 | + | Professional Account Management LLC, 633 W. Wisconsin Ave., Suite 1600, Milwaukee, WI 53203-1920 |
| 14497620 | + | Reliant Capital Solutions, Inc., 670 Cross Pointe Rd., Gahanna, OH 43230-6862 |
| 14466439 | + | Scweiger Dermatology, 822 Pine Street, Suite 2A, Philadelphia, PA 19107-6187 |
| 14466440 | + | St. Christopher's Hospital, 160 E. Erie Avenue, Philadelphia, PA 19134-1011 |
| 14466442 | + | Temple University Hospital, 3401 N. Broad Street, Philadelphia, PA 19140-5189 |
| 14466481 | + | Wilfredo Montalvo, Miriam Montalvo, 2958 North Mascher Street, Philadelphia, PA 19133-3907 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14466426 | + | Email/Text: banko@acsnv.com | Apr 17 2021 03:35:00 | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 14523607 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14466427 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14473041 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 03:53:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 16, 2021 | Form ID: pdf900 | Total Noticed: 34

| 14466429 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 17 2021 04:11:05 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14466430 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 17 2021 03:32:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14466432 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 17 2021 04:02:39 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14466433 | + Email/Text: dplbk@discover.com | | |
| | | Apr 17 2021 03:35:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14470968 | + Email/Text: dplbk@discover.com | | |
| | | Apr 17 2021 03:35:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14466428 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Apr 17 2021 04:00:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14466438 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Apr 17 2021 03:31:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14494031 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Apr 17 2021 03:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14493951 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 17 2021 03:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14466441 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 17 2021 04:09:57 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14466462 | *+ | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 14466464 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14466466 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14466467 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14466469 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14466468 | *+ | Department of Motor Vehicles, POB 37135, Washington, DC 20013-7135 |
| 14466471 | *+ | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14466472 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14466465 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14466476 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14466473 | * | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 14466475 | * | PennDot, Financial Responsibility Section, POB 68674, Harrisburg, PA 17106-8674 |
| 14466474 | *+ | PennDot, ATTN: FR Unit, 1101 S Front Street, Harrisburg, PA 17104-2516 |
| 14466477 | *+ | Scweiger Dermatology, 822 Pine Street, Suite 2A, Philadelphia, PA 19107-6187 |
| 14466478 | *+ | St. Christopher's Hospital, 160 E. Erie Avenue, Philadelphia, PA 19134-1011 |
| 14466479 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14466480 | *+ | Temple University Hospital, 3401 N. Broad Street, Philadelphia, PA 19140-5189 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| MICHELE PEREZ CAPILATO | on behalf of Debtor Yadzaira Perez perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   Chapter 13
YADZAIRA  PEREZ


                        Debtor            Bankruptcy No. 20-10853-MDC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


    April 15, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034


Debtor:
YADZAIRA  PEREZ

4948 BINGHAM STREET

PHILADELPHIA, PA 19120-